**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| In re: EADS, PATRICIA C. | § | Case No. 21-16375 |
|---|---|---|
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/08/2021. The undersigned trustee was appointed on 10/08/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 182,320.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 5,530.37 |
| Administrative expenses | 32,430.50 |
| Bank service fees | 558.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 77,673.38 |
| Exemptions paid to the debtor | 11,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 55,127.11 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/20/2022 and the deadline for filing governmental claims was 04/06/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,399.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,399.30, for a total compensation of $7,399.30[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $436.56 for total expenses of $436.56[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/02/2022

By: /s/ Marc H. Baer
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 1

**Case No.:** 21-16375
**Case Name:** EADS, PATRICIA C.

**For Period Ending:** 11/02/2022

**Trustee Name:** (400090) Marc H Baer
**Date Filed (f) or Converted (c):** 10/08/2021 (f)
**§ 341(a) Meeting Date:** 11/16/2021
**Claims Bar Date:** 02/20/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 6005 Twilight Court, Baltimore, MD 21206, Baltimore County County (See Footnote) | 235,845.00 | 224,845.00 | | 182,320.00 | FA |
| 2 | Household goods and furnishings | 800.00 | 500.00 | | 0.00 | FA |
| 3 | TV; cell phone | 200.00 | 0.00 | | 0.00 | FA |
| 4 | dresses; pants; shoes; blouses; coats | 500.00 | 0.00 | | 0.00 | FA |
| 5 | rings | 600.00 | 600.00 | | 0.00 | FA |
| 6 | Checking account: Checking account Wells Fargo | 223.70 | 223.70 | | 0.00 | FA |
| 7 | Checking account: Checking account Capital One | 2.52 | 2.52 | | 0.00 | FA |
| 8 | Savings account: Savings account Wells Fargo | 13.63 | 13.63 | | 0.00 | FA |
| 9 | Retirement account: Retirement account | 1,000.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets Totals (Excluding unknown values)** | **$239,184.85** | **$226,184.85** | | **$182,320.00** | **$0.00** |

RE PROP# 1 Amended Exemption filed 12/15/21

**Major Activities Affecting Case Closing:**

11/19/21-Liquidate 6005 Twilight Court, Baltimore, MD 21207
8/1/22-Accountant to draft tax return, review claims and draft TFR.
11/19/21-Draft Bar date request, Application to Employ Attorney. Letter to co-owner of 6005 Twilight Court, Baltimore, MD 21207
12/6/21-Second letter to co-owner
12/31/21-Draft Complaint to Sell
1/5/22-Filed Complaint to Sell
8/1/22-Report of Sale filed

**Initial Projected Date Of Final Report (TFR):** 12/31/2022 **Current Projected Date Of Final Report (TFR):** 12/31/2022

# Form 2
# Cash Receipts And Disbursements Record

Exhibit B

Page: 1

**Case No.:** 21-16375
**Case Name:** EADS, PATRICIA C.
**Taxpayer ID #:** **-***5516
**For Period Ending:** 11/02/2022

**Trustee Name:** Marc H Baer (400090)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******4416 Checking
**Blanket Bond (per case limit):** $3,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/22 | | COMMERCE TITLE COMPANY, INC. | SALE PROCEEDS | | 144,359.13 | | 144,359.13 |
| | {1} | | Gross Sale Amount $182,320.00 | 1110-000 | | | |
| | | | HOA proration 7/27/22 to 8/1/22 $14.79 | 2820-000 | | | |
| | | | County taxes 7/1/22 to 7/27/22 -$272.54 | 2820-000 | | | |
| | | | Water proration 6/14/22 to 7/27/22 -$12.63 | 2820-000 | | | |
| | | | Commission -$10,320.00 | 3610-000 | | | |
| | | | Administrative Fee -$295.00 | 3620-000 | | | |
| | | | Open Water to Director of Finance -$512.60 | 2820-000 | | | |
| | | | HOA liens payoff to Nites, Barton & Wilmer, LLP -$3,942.52 | 2820-000 | | | |
| | | | MD Tax Lien Payoff to Comptroller of MD -$17,090.00 | 2820-000 | | | |
| | | | Judgment Payoff to Bernstein & Feldman PA -$5,530.37 | 4210-000 | | | |
| 08/01/22 | | To Account #******0351 | Co-owner net proceeds | 9999-000 | | 72,179.57 | 72,179.56 |
| 08/02/22 | | Correcting Entry for Reversal of Transfer to Escrow | Correcting Entry for Reversal of Transfer | 9999-000 | | -72,179.57 | 144,359.13 |
| 08/02/22 | | Correcting Entry for incorrect adjustments | Correcting Entry for incorrect adjustments | 9999-000 | | -144,359.12 | 288,718.25 |
| 08/02/22 | | Correcting Entry for incorrect adjustments | Correcting Entry for incorrect adjustments | 9999-000 | | -0.20 | 288,718.45 |
| 08/02/22 | | To Account #******0351 | Escrow funds for non-debtor co-owner | 9999-000 | | 72,179.57 | 216,538.88 |
| 08/02/22 | | Reversal of Transfer | Reversal of Transfer created in error | 9999-000 | | 72,179.57 | 144,359.31 |
| 08/02/22 | | Correcting Entry for Reversal of Transfer | Correcting Entry for Reversal of Transfer | 9999-000 | | 72,179.57 | 72,179.74 |
| 08/02/22 | | Correcting Entry for incorrect adjustments | Correcting Entry for incorrect adjustments | 9999-000 | | 0.18 | 72,179.56 |
| 08/07/22 | 101 | PATRICIA C. EADS | DEBTOR'S EXEMPTIONS | 8100-002 | | 11,000.00 | 61,179.56 |
| 08/10/22 | | To Account #******0351 | Escrow funds for non-debtor co-owner | 9999-000 | | 5,493.81 | 55,685.75 |
| 09/25/22 | | To Account #******4416 | closeout transfer | 9999-000 | 77,442.02 | | 133,127.77 |
| 09/29/22 | 102 | Sylvia Eads | Co-owner's share of sale proceeds per Order dated September 9, 2022 (Doc. No. 42) | 8500-002 | | 77,673.38 | 55,454.39 |

**Page Subtotals:** **$221,801.15** **$166,346.76**

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 21-16375 | **Trustee Name:** | Marc H Baer (400090) |
| **Case Name:** | EADS, PATRICIA C. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5516 | **Account #:** | ******4416 Checking |
| **For Period Ending:** | 11/02/2022 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 225.12 | 55,229.27 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 102.16 | 55,127.11 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **221,801.15** | **166,674.04** | **$55,127.11** |
| Less: Bank Transfers/CDs | 77,442.02 | 77,673.38 | |
| **Subtotal** | **144,359.13** | **89,000.66** | |
| Less: Payments to Debtors | | 11,000.00 | |
| **NET Receipts / Disbursements** | **$144,359.13** | **$78,000.66** | |

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 21-16375 | **Trustee Name:** | Marc H Baer (400090) |
| **Case Name:** | EADS, PATRICIA C. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5516 | **Account #:** | ******0351 Escrow Account |
| **For Period Ending:** | 11/02/2022 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/22 | | To Account #******0351 | Co-owner net proceeds | 9999-000 | 72,179.57 | | 72,179.57 |
| 08/02/22 | | To Account #******0351 | Escrow funds for non-debtor co-owner | 9999-000 | 72,179.57 | | 144,359.14 |
| 08/02/22 | | Reversal of Transfer | Reversal of Transfer | 9999-000 | -72,179.57 | | 72,179.57 |
| 08/10/22 | | To Account #******0351 | Escrow funds for non-debtor co-owner | 9999-000 | 5,493.81 | | 77,673.38 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 231.36 | 77,442.02 |
| 09/25/22 | | To Account #******4416 | closeout transfer | 9999-000 | | 77,442.02 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **77,673.38** | **77,673.38** | **$0.00** |
| Less: Bank Transfers/CDs | 77,673.38 | 77,442.02 | |
| **Subtotal** | **0.00** | **231.36** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$231.36** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | | | |
|---|---|---|---|
| **Case No.:** | 21-16375 | **Trustee Name:** | Marc H Baer (400090) |
| **Case Name:** | EADS, PATRICIA C. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5516 | **Account #:** | ******0351 Escrow Account |
| **For Period Ending:** | 11/02/2022 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $144,359.13 |
| Plus Gross Adjustments: | $37,960.87 |
| Less Payments to Debtor: | $11,000.00 |
| Less Other Noncompensable Items: | $77,673.38 |
| Net Estate: | $93,646.62 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4416 Checking | $144,359.13 | $78,000.66 | $55,127.11 |
| ******0351 Escrow Account | $0.00 | $231.36 | $0.00 |
| | **$144,359.13** | **$78,232.02** | **$55,127.11** |

# Exhibit C

## Analysis of Claims Register

### Case: 21-16375 PATRICIA C. EADS

Claims Bar Date: 02/20/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Acct Fee | Larry Strauss, C.P.A. & Associates, Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200<br>8/23/22 order to employ | Administrative<br>10/20/22 | | $2,349.00<br>$2,349.00 | $0.00 | $2,349.00 |
| Atty Fee | MARC H. BAER, ESQ.,<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br>12/13/21 Order to employ | Administrative<br>10/20/22 | | $5,850.00<br>$5,850.00 | $0.00 | $5,850.00 |
| Court Costs | CLERK U.S. BANKRUPTCY COURT<br>101 W. LOMBARD STREET<br>8TH FLOOR<br>BALTO., MD 21201<br><2700-000 Clerk of the Court Costs><br>, 200<br>Adversary Fee | Administrative<br>11/01/22 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| FEE | Marc H Baer<br>455 Main St.<br>Reisterstown, MD 21136<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>11/01/22 | | $7,399.30<br>$7,399.30 | $0.00 | $7,399.30 |
| TE | Marc H. Baer<br>455 Main St.<br>Reisterstown, MD 21136<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>10/20/22 | | $436.56<br>$436.56 | $0.00 | $436.56 |
| 9P | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Valid- priority portion | Priority<br>12/29/21 | | $3,212.00<br>$3,212.00 | $0.00 | $3,212.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 21-16375 PATRICIA C. EADS

Claims Bar Date: 02/20/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPLUS | EADS, PATRICIA C.<br>3 STOCK MILL ROAD, APT 1<br>BALTIMORE, MD 21208<br><8200-000 Surplus Funds Paid to Debtor § 726(a)(6)><br>, 650 | Unsecured<br>11/01/22 | | $0.00<br>$10,660.61 | $0.00 | $10,660.61 |
| 1 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/29/21 | | $605.17<br>$605.17 | $0.00 | $605.17 |
| 1I | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$0.72 | $0.00 | $0.72 |
| 2 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/30/21 | | $456.08<br>$456.08 | $0.00 | $456.08 |
| 2I | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$0.54 | $0.00 | $0.54 |
| 3 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/30/21 | | $339.36<br>$339.36 | $0.00 | $339.36 |

## Exhibit C

## Analysis of Claims Register

### Case: 21-16375 PATRICIA C. EADS

Claims Bar Date: 02/20/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$0.40 | $0.00 | $0.40 |
| 4 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, 28272-1083<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>12/01/21 | | $905.64<br>$905.64 | $0.00 | $905.64 |
| 4I | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, 28272-1083<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$1.07 | $0.00 | $1.07 |
| 5 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, 28272-1083<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>12/01/21 | | $616.66<br>$616.66 | $0.00 | $616.66 |
| 5I | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, 28272-1083<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$0.73 | $0.00 | $0.73 |
| 6 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>12/03/21 | | $1,274.34<br>$1,274.34 | $0.00 | $1,274.34 |

# Exhibit C

## Analysis of Claims Register

### Case: 21-16375 PATRICIA C. EADS

Claims Bar Date: 02/20/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6I | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$1.51 | $0.00 | $1.51 |
| 7 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>12/14/21 | | $1,076.84<br>$1,076.84 | $0.00 | $1,076.84 |
| 7I | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$1.28 | $0.00 | $1.28 |
| 8 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>12/17/21 | | $177.19<br>$177.19 | $0.00 | $177.19 |
| 8I | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$0.21 | $0.00 | $0.21 |
| 9 Pen | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201<br><7300-000 Fines, Penalties - § 726(a)(4)><br>, 630<br>Valid -Penalty portion | Unsecured<br>12/29/21 | | $435.00<br>$435.00 | $0.00 | $435.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 21-16375 PATRICIA C. EADS

Claims Bar Date: 02/20/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 PenI | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$0.52 | $0.00 | $0.52 |
| 9PI | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$3.81 | $0.00 | $3.81 |
| 9U | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>12/29/21 | | $17,820.00<br>$17,820.00 | $0.00 | $17,820.00 |
| 9UI | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$21.14 | $0.00 | $21.14 |
| 10 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>02/08/22 | | $142.00<br>$142.00 | $0.00 | $142.00 |
| 10I | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$0.17 | $0.00 | $0.17 |

## Exhibit C

## Analysis of Claims Register

### Case: 21-16375 PATRICIA C. EADS

Claims Bar Date: 02/20/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Premier Bankcard, LLC<br>PO Box 772813<br>Chicago, IL 60677-2813<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>02/14/22 | | $988.09<br>$988.09 | $0.00 | $988.09 |
| 11I | Premier Bankcard, LLC<br>PO Box 772813<br>Chicago, IL 60677-2813<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>11/01/22 | | N/A<br>$1.17 | $0.00 | $1.17 |
| | | | | **Case Total:** | **$0.00** | **$55,127.11** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-16375
Case Name: PATRICIA C. EADS
Trustee Name: Marc H Baer

**Balance on hand:** $ 55,127.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 55,127.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Marc H Baer | 7,399.30 | 0.00 | 7,399.30 |
| Trustee, Expenses - Marc H. Baer | 436.56 | 0.00 | 436.56 |
| Attorney for Trustee Fees - MARC H. BAER, ESQ. | 5,850.00 | 0.00 | 5,850.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Accountant for Trustee Fees (Other Firm) - Larry Strauss, C.P.A. & Associates, Inc. | 2,349.00 | 0.00 | 2,349.00 |

Total to be paid for chapter 7 administrative expenses: $ 16,384.86
Remaining balance: $ 38,742.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 38,742.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,212.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Comptroller of the Treasury | 3,212.00 | 0.00 | 3,212.00 |

Total to be paid for priority claims: $ 3,212.00
Remaining balance: $ 35,530.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,401.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 605.17 | 0.00 | 605.17 |
| 2 | LVNV Funding, LLC | 456.08 | 0.00 | 456.08 |
| 3 | MERRICK BANK | 339.36 | 0.00 | 339.36 |
| 4 | Capital One Bank (USA), N.A. | 905.64 | 0.00 | 905.64 |
| 5 | Capital One Bank (USA), N.A. | 616.66 | 0.00 | 616.66 |
| 6 | Midland Credit Management, Inc. | 1,274.34 | 0.00 | 1,274.34 |
| 7 | Midland Credit Management, Inc. | 1,076.84 | 0.00 | 1,076.84 |
| 8 | Seventh Avenue | 177.19 | 0.00 | 177.19 |
| 9U | Comptroller of the Treasury | 17,820.00 | 0.00 | 17,820.00 |
| 10 | Ashley Funding Services, LLC | 142.00 | 0.00 | 142.00 |
| 11 | Premier Bankcard, LLC | 988.09 | 0.00 | 988.09 |

Total to be paid for timely general unsecured claims: $ 24,401.37
Remaining balance: $ 11,128.88

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 11,128.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $435.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 Pen | Comptroller of the Treasury | 435.00 | 0.00 | 435.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 435.00 |
| Remaining balance: | $ | 10,693.88 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.09% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $33.27. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $10,660.61.